IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:12CR282 |
| vs. | ) | |
| | ) | ORDER |
| ANDREA INZUNZA-LOPEZ, | ) | |
| | ) | |
| | ) | |
| Defendant. | | |

    This matter is before the court on defendant's MOTION TO EXTEND TIME IN WHICH TO FILE PRETRIAL MOTIONS [142]. The record shows that this deadline has shall expire on October 19, 2012. The court finds that the defendant has not shown good cause for extending the deadline.

    **IT IS ORDERED:**

    Defendant's MOTION TO EXTEND TIME IN WHICH TO FILE PRETRIAL MOTIONS [142] is denied.

    Pursuant to NECrimR 57.2(a), a party may appeal this order by filing a "Statement of Appeal of Magistrate Judge's Order" no later an12:00 noon on Thursday, October 25, 2012.

    **DATED this 18th day of October, 2012.**

                                 **BY THE COURT:**

                                 **s/ F.A. Gossett**
                                 **United States Magistrate Judge**