FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

13 JUN 17 PM 12: 10

OFFICE OF THE CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:12CR282 - 10 |
| Plaintiff, | ) | |
| -vs- | ) | **O R D E R** |
| Andrea Inzunza Lopez | ) | |
| Defendant. | ) | |

This matter comes before the Court on the request of the Federal Public Defender for the Court to authorize Joshua W. Weir, as a Criminal Justice Act Training Panel Member, to assist in the defense of Andrea Inzunza Lopez.

Accordingly, pursuant to the terms of Appendix I, Part 1(c) of the Amended Criminal Justice Act Plan for the District of Nebraska, Joshua W. Weir is hereby assigned to assist the CJA Panel Attorney Stuart J. Dornan in the representation of the Defendant in the above-captioned case, and must file an entry of appearance forthwith. Joshua W. Weir shall not be eligible to receive compensation for his services in this case.

CJA Stuart J. Dornan shall continue to be primary counsel on behalf of the Defendant, Andrea Inzunza Lopez.

Dated: June 17, 2013

BY THE COURT:

_____
United States District Judge